OPINION — AG — TITLE 63 O.S. 1961 15.38 [63-15.38] PROHIBITS ANY PERSON FROM BEING APPOINTED TO MEMBERSHIP ON EXCISE BOARD WHO HAS BEEN OFFICER OF A COUNTY WITHIN THE PAST TWO YEARS. SINCE MR. GARDNER ACTED AS JUSTICE OF THE PEACE AFTER THE EXPIRATION OF HIS TERM, HE WAS A DE FACTO OFFICER, AND IS THEREFORE BARRED FROM BEING APPOINTED TO MEMBERSHIP ON THE EXCISE BOARD UNTIL HE HAS VACATED HIS OFFICE AND/OR CEASES TO ACT AS JUSTICE OF THE PEACE FOR A PERIOD OF TWO YEARS. (JOSEPH C. MUSKRAT)